**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | BGI Sewell, LLC<br>Name | EIN: | 92–2245435 |
| United States Bankruptcy Court | District of New Jersey | Date case filed for chapter: | 11    3/4/25 |
| Case number: | 25–12235–JNP | | |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case                                        10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**
**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | BGI Sewell, LLC | |
| 2. **All other names used in the last 8 years** | dba Bistro di Marino | |
| 3. **Address** | 415 Egg Harbor Road<br>Sewell, NJ 08080 | |
| 4. **Debtor's attorney**<br>Name and address | Edmond M. George<br>Obermayer Rebmann Maxwell & Hippel<br>Centre Square West<br>1500 Market Street, Suite 3400<br>Philadelphia, PA 19102 | Contact phone  215–665–3140<br><br>Email:  edmond.george@obermayer.com |
| 5. **Bankruptcy trustee**<br>Name and address | Nicole M. Nigrelli<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103 | Contact phone  215–557–3550 |
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | 401 Market Street<br>Camden, NJ 08102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m.,<br>Monday – Friday (except holidays)<br><br>Contact phone  856–361–2300<br><br>Date: 3/18/25 |

**For more information, see page 2 >**

Debtor  **BGI Sewell, LLC**                                                                      Case number **25–12235–JNP**

| | | |
|---|---|---|
| 7. | **Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **April 11, 2025 at 01:30 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |

| | | |
|---|---|---|
| 8. | **Proof of claim deadline** | **Deadline for filing proof of claim: 5/13/25**  For a governmental unit: **9/2/25** |

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim.

Your claim will be allowed in the amount scheduled unless:

- your claim is designated as *disputed*, *contingent*, or *unliquidated*;
- you file a proof of claim in a different amount; or
- you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

| | | |
|---|---|---|
| 9. | **Exception to discharge deadline** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. **Deadline for filing the complaint:** |
| 10. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 11. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. |
| 12. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. **WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** |

United States Bankruptcy Court
District of New Jersey

In re:  
BGI Sewell, LLC  
    Debtor

Case No. 25-12235-JNP  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2  
Date Rcvd: Mar 18, 2025     Form ID: 309F2     Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | BGI Sewell, LLC, 415 Egg Harbor Road, Sewell, NJ 08080-9211 |
| tr | + | Nicole M. Nigrelli, Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103-5732 |
| 520574223 | + | Allied Beverage Group, LLC, 2900 E State St., Trenton, NJ 08619-4504 |
| 520574224 | + | Bonesaw Brewing Co., 570 Mullica Hill Rd., Glassboro, NJ 08028-1060 |
| 520574226 | + | Driscoll Foods, 6 Westbelt, Wayne, NJ 07470-6810 |
| 520574227 | + | Fedway Associates, 204 E Park Dr., Mount Laurel, NJ 08054-1279 |
| 520574228 | + | Forest Capital, 300 McGill Ave NW # 200, Concord, NC 28027-6150 |
| 520574229 | + | Matt Andrews, 110 Marter Ave., Suite 103, Moorestown, NJ 08057-3124 |
| 520574230 | + | Matt Sanders, 128 Stratford Ave., Haddon Township, NJ 08108-2326 |
| 520574232 | + | Oakleaf Financial, 110 Marter Ave #103, Moorestown, NJ 08057-3124 |
| 520574233 | + | OpenTable, Inc., 1 Montgomery Street, Suite 500, San Francisco, CA 94104-4535 |
| 520574234 | + | Renaisance Marble, 107 Harmon Dr., Blackwood, NJ 08012-5198 |
| 520574235 | + | Republic Trash, 18500 N Allied Way, Phoenix, AZ 85054-6164 |
| 520574236 | + | Seth Broder, 110 Marter Ave., Suite 103, Moorestown, NJ 08057-3124 |
| 520574237 | + | Washington Square Liquor LLC, c/o Woodmont Properties, Greenbrook Executive Center, 100 Passiac Avenue, Suite 240, Fairfield, NJ 07004-3508 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: edmond.george@obermayer.com | Mar 18 2025 20:45:00 | Edmond M. George, Obermayer Rebmann Maxwell & Hippel, Centre Square West, 1500 Market Street, Suite 3400, Philadelphia, PA 19102 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 18 2025 20:46:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 18 2025 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 18 2025 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520574225 | | Email/Text: gadi@dieselfunding.com | Mar 18 2025 20:46:00 | Diesel Funding, 1100 NE 163rd St., Suite 404, Miami, FL 33162 |
| 520574231 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 18 2025 20:45:00 | New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

Case 25-12235-JNP    Doc 15    Filed 03/20/25    Entered 03/21/25 00:14:07    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 18, 2025 | Form ID: 309F2 | Total Noticed: 21 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2025           Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Edmond M. George | on behalf of Debtor BGI Sewell  LLC edmond.george@obermayer.com, michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com;kathleen.jordan@obermayer.com;kelsey.sheronas@obermayer.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov |
| Kyle Francis Eingorn | on behalf of Creditor OAK LEAF FINANCIAL  LLC keingorn@dbblegal.com |
| Mark S Cherry | on behalf of Creditor Donna M Whelan mc@markcherrylaw.com dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;g9657@notify.cincompass.com;cherry.markb123326@notify.bestcase.com |
| Mark S Cherry | on behalf of Creditor Mathew C Andrews mc@markcherrylaw.com dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;g9657@notify.cincompass.com;cherry.markb123326@notify.bestcase.com |
| Michael E. Brown | on behalf of Creditor OAK LEAF FINANCIAL  LLC mbrown@dbblegal.com |
| Nicole M. Nigrelli | nnigrelli@ciardilaw.com  PA91@ecfcbis.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8