UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-l(b)**

Ronald P. Sierzega, Esquire
PUFF, SIERZEGA & MACFEETERS, LLC
122 Delaware Street
PO Box 684
Woodbury, New Jersey 08096
(856) 845-0011

In Re:
BGI Sewell, LLC

Case No.:  25-12235

Chapter:  11

Judge:  Jerrold N. Poslusny, Jr.

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>Matthew Sanders</u>. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   Ronald P. Sierzega, Esquire
PUFF, SIERZEGA & MACFEETERS, LLC
122 Delaware Street
PO Box 684
Woodbury, New Jersey 08096

DOCUMENTS:

X   All notices entered pursuant to Fed. R. Bankr. P. 2002.

X   All documents and pleadings of any nature.

Date: April 15, 2025          */s/ Ronald P. Sierzega*
                                                Signature