| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| *Caption in Compliance with D.N.J. LBR 9004-2(c)*<br><br>Nicole M. Nigrelli, Esquire<br>CIARDI CIARDI & ASTIN<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>T (215) 557-3550<br>F (215) 557-3551<br>nnigrelli@ciardilaw.com<br>Subchapter V Trustee |

| *In re:*<br><br>BGI SEWELL, INC.,<br>    Debtor. | Case No.:  25-12235 (JNP)<br>Chapter:    11 |
|---|---|

## APPLICATION FOR FIRST AND FINAL ALLOWANCE OF FEES AND EXPENSES OF THE SUBCHAPTER V TRUSTEE FOR THE PERIOD FROM MARCH 14, 2025 THROUGH JUNE 12, 2025

Nicole M. Nigrelli, Esquire, Subchapter V Trustee, for the above-referenced debtor, BGI Sewell, Inc. (the "Debtor"), hereby files this Application for First and Final Allowance of Fees and Expenses for the period from March 14, 2025 through June 12, 2025 (the "Fee Application") and respectfully avers as follows:

1. Nicole M. Nigrelli, Esquire was appointed Subchapter V Trustee (the "Subchapter V Trustee") for the Debtor on March 14, 2025, see Docket No. 13.

2. As Subchapter V Trustee, actual, necessary services were rendered in this case in the amount of $3,060.00 as reflected on Exhibit "A" attached to the Certification of Nicole M. Nigrelli, Subchapter V Trustee, filed herewith.

3. As Subchapter V Trustee, out-of-pocket expenses were incurred in the amount of $77.84 for attending hearings via Court Call, printing/copying charges and postage. Thus, the expenses were actual, necessary expenses.

1

4. This is the first and final fee application of the Subchapter V Trustee. The Subchapter V Trustee seeks final allowance of attorney's fees and expenses for the period from March 14, 2025 through June 12, 2025, which are broken down as follows:

    a. Fees:             $ 3,060.00

    b. Expenses       $    77.84

       TOTAL          $ 3,137.84

**WHEREFORE**, Nicole M. Nigrelli, Esquire, Subchapter V Trustee respectfully requests the entry of an order pursuant to 11 U.S.C. § 330 allowing compensation for services rendered in the amount of $3,060.00 and $77.84 in reimbursement of actual, necessary expenses for a total amount of $3,137.84 for the period March 14, 2025 through June 12, 2025 together with such other and further relief as is just and proper.

Dated: June 16, 2025                        Respectfully submitted,

                                                 */s/ Nicole M. Nigrelli*
                                                 Nicole M. Nigrelli, Esquire
                                                 CIARDI CIARDI & ASTIN
                                                 1905 Spruce Street
                                                 Philadelphia, PA 19103
                                                 (T) 215-557-3550
                                                 (F) 215-557-3551
                                                 nnigrelli@ciardilaw.com

                                                 Subchapter V Trustee