UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

*Caption in Compliance with D.N.J. LBR 9004-2(c)*

Nicole M. Nigrelli, Esquire
CIARDI CIARDI & ASTIN
1905 Spruce Street
Philadelphia, PA 19103
T (215) 557-3550
F (215) 557-3551
nnigrelli@ciardilaw.com
Subchapter V Trustee

*In re:*

BGI SEWELL, INC.,
Debtor.

Case No.:  25-12235 (JNP)
Chapter:   11

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN THAT THERE WILL BE A HEARING HELD before the Honorable Jerrold N. Poslusny, Jr. on:

**Date:** July 17, 2025
**Time:** 2:00 p.m.
**Location:** Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Courtroom 4C, Camden, N.J. 08101

for the purpose of acting on the application for compensation listed below.
The following Application for Compensation has been filed:

---

**APPLICANT:** Nicole M. Nigrelli, Subchapter V Trustee for the period from March 14, 2025 through June 12, 2025.
**FEES:** $3,060.00
**EXPENSES:** $77.84

---

Debtor or other parties who wish to object must file an objection not later than 7 days prior to the hearing. Objections must be filed with the Court and served on the Applicant and other parties in interest.

An appearance is not required on an Application for Compensation unless an objection is filed.

Dated: June 16, 2025

CIARDI CIARDI & ASTIN

*/s/ Nicole M. Nigrelli*
Nicole M. Nigrelli, Esquire
Subchapter V Trustee