| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |

*Caption in Compliance with D.N.J. LBR 9004-2(c)*

Nicole M. Nigrelli, Esquire
CIARDI CIARDI & ASTIN
1905 Spruce Street
Philadelphia, PA 19103
T (215) 557-3550
F (215) 557-3551
nnigrelli@ciardilaw.com
Subchapter V Trustee

*In re:*

BGI SEWELL, INC.,
Debtor.

Case No.:   25-12235 (JNP)
Chapter:    11

## CERTIFICATION IN SUPPORT OF FIRST AND FINAL FEE APPLICATION

NICOLE M. NIGRELLI, ESQUIRE, of full age, hereby certifies:

1. I am the appointed Subchapter V Trustee in the above referenced case.

2. The Subchapter V Trustee expended $3,060.00 incorporated herein in the attached description of services. A copy of the invoice for services rendered by the Subchapter V Trustee is attached hereto as Exhibit "A."

3. Time expended from March 14, 2025 through June 12, 2025, is broken down as follows:

   Time by Nicole M. Nigrelli

   6.80 hours @ $450.00

4. Services rendered by the Subchapter V Trustee include, communicating with Debtor's counsel, reviewing the schedules of assets and liabilities and statement of financial affairs, reviewing all financial documents submitted, attending the 341(a) meeting, attending the initial debtor interview, reviewing the status report, attending

3

all hearings and attending the status hearings.

5. Out-of-pocket expenses were incurred in the amount of $77.84 for attending hearings via Court Call, printing/copying charges and postage.

6. It is submitted that the above-referenced services were necessary and of benefit to the estate and that compensation is reasonable, therefore the undersigned attorney is entitled to the compensation for which approval is sought.

7. I certify that the foregoing statements are true to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: June 16, 2025                By: */s/ Nicole M. Nigrelli*
                                        Nicole M. Nigrelli
                                        Subchapter V Trustee