| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| *Caption in Compliance with D.N.J. LBR 9004-2(c)*<br><br>Nicole M. Nigrelli, Esquire<br>CIARDI CIARDI & ASTIN<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>T (215) 557-3550<br>F (215) 557-3551<br>nnigrelli@ciardilaw.com<br>Subchapter V Trustee |

| *In re:*<br><br>BGI Sewell, Inc.,<br>                Debtor. | Case No.:  25-12235(JNP)<br>Chapter:  11 |

### ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF THE SUBCHAPTER V TRUSTEE

The relief set forth on the following page, page 2, is hereby **ORDERED.**

5

Page 2 of 2

Debtor: BGI Sewell, Inc.
Case No.: 25-12235 (JNP)
Caption: Order Granting First and Final Allowance of Fees and Expenses of Subchapter V Trustee.

---

The Court having found that Nicole M. Nigrelli, Esquire, Subchapter V Trustee filed a first and final application for allowance of fees and expenses; and notice and an opportunity for hearing were given to creditors and other parties in interest as required, and for good cause shown; it is

**ORDERED** that the First and Final Fee Application is granted; and it is further

**ORDERED** that compensation and expenses be allowed in the total amount of $3,137.84, broken down as follows:

| APPLICANT | FEES | EXPENSES |
|---|---|---|
| Nicole M. Nigrelli, Esquire, Subchapter V Trustee. | $3,060.00 | $77.84 |

**ORDERED** that within 3 business days after approval of the First and Final Fee Application, Debtor's Counsel shall send to the Subchapter V Trustee a check made payable to "Nicole M. Nigrelli, Esquire, Subchapter V Trustee" in the amount of $3,137.84.