# Exhibit "A"

# Exhibit A- Time

Matter: 6900-045
Date Range: 03/14/2025 to 06/12/2025

| Date | Activity Code | Attorney | Description | Hrs/Qty | Amount |
|---|---|---|---|---|---|
| 03/18/2025 | NJE | Nicole Nigrelli | Review notice of meeting of creditors BGI Sewell | 0.10 | $45.00 |
| 03/25/2025 | NJE | Nicole Nigrelli | Email from sender Ardelean, Kirsten K. (USTP) Re: Initial debtor interview- BGI Sewell, LLC: Case No. 25-12235(JNP) | 0.10 | $45.00 |
| 03/25/2025 | NJE | Nicole Nigrelli | Review Debtor's statement in response to order to show cause | 0.20 | $90.00 |
| 03/25/2025 | NJE | Nicole Nigrelli | Aff of J Marino re order to show cause | 0.10 | $45.00 |
| 03/25/2025 | NJE | Nicole Nigrelli | proposed order re granting waiver of filing certain docs and extending time to file schedules | 0.10 | $45.00 |
| 03/26/2025 | NJE | Nicole Nigrelli | Email from sender Ardelean, Kirsten K. (USTP) Re: BGI Sewell, LLC: Case No. 25-12235(JNP) - SUB-V initial debtor interview | 0.10 | $45.00 |
| 03/26/2025 | NJE | Nicole Nigrelli | Email from sender Ardelean, Kirsten K. (USTP) Re: BGI Sewell, LLC: Case No. 25-12235(JNP) - SUB-V | 0.10 | $45.00 |
| 03/28/2025 | NJE | Nicole Nigrelli | Attend IDI (Debtor didnt show) | 0.30 | $135.00 |
| 03/31/2025 | NJK | Nicole Nigrelli | Email from sender Jordan, Kathleen Re: RE: BGI Sewell, LLC: Case No. 25-12235(JNP) - SUB-V initial debtor interview | 0.10 | $45.00 |

| Date | Type | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 03/31/2025 | NJE | Nicole Nigrelli | Email to Jordan, Kathleen Re: RE: BGI Sewell, LLC: Case No. 25-12235(JNP) - SUB-V initial debtor interview | 0.10 | $45.00 |
| 04/03/2025 | NJE | Nicole Nigrelli | Attend IDI | 0.60 | $270.00 |
| 04/08/2025 | NJL | Nicole Nigrelli | Email from sender Oppelt, Tina L. (USTP) Re: BGI Sewell, LLC, Case No.: 25-12235 (JNP) - adjourned 341(a) meeting | 0.10 | $45.00 |
| 04/08/2025 | NJE | Nicole Nigrelli | Email from sender Schmidt, Coleen Re: RE: BGI Sewell, LLC, Case No.: 25-12235 (JNP) - adjourned 341(a) meeting | 0.10 | $45.00 |
| 04/21/2025 | NJE | Nicole Nigrelli | Review Status Report | 0.10 | $45.00 |
| 04/21/2025 | NJE | Nicole Nigrelli | Review Schedules A-H | 0.40 | $180.00 |
| 04/23/2025 | NJE | Nicole Nigrelli | Review ECF notification re Missing Documents Filed - BGI Sewell, LLC | 0.10 | $45.00 |
| 04/23/2025 | NJE | Nicole Nigrelli | Review ltr to Court re missing tax return | 0.10 | $45.00 |
| 04/23/2025 | NJL | Nicole Nigrelli | Attend Meetings of Creditors | 1.10 | $495.00 |
| 04/23/2025 | NJL | Nicole Nigrelli | Review Schedules of assets and liabilities and SOFA/ prepare for Meetings of Creditors | 0.40 | $180.00 |
| 04/30/2025 | NJE | Nicole Nigrelli | Email to Edmond M. George Re: BGI Sewell- status hearing tomorrow 5-1-25 | 0.10 | $45.00 |
| 05/01/2025 | NJE | Nicole Nigrelli | Email from sender cmecf_help_desk@njb.uscourts.gov Re: Ch-11 25-12235-JNP Hearing Held - BGI Sewell, LLC | 0.10 | $45.00 |
| 05/14/2025 | NJE | Nicole Nigrelli | REVIEW AMENDED Schedule E, F, G and SOFA | 0.40 | $180.00 |
| 05/30/2025 | NJE | Nicole Nigrelli | Review April Small Business Monthly Operating Report B25C - BGI Sewell, LLC | 0.20 | $90.00 |
| 05/31/2025 | NJM | Nicole Nigrelli | Review Order setting deadlines for plan | 0.10 | $45.00 |

| Date | Initials | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 06/03/2025 | NJM | Nicole Nigrelli | Email from sender Sponder, Jeffrey M. (USTP) Re: BGI Sewell; 25-12235/JNP | 0.10 | $45.00 |
| 06/03/2025 | NJM | Nicole Nigrelli | Email from sender Sponder, Jeffrey M. (USTP) Re: RE: BGI Sewell; 25-12235/JNP | 0.10 | $45.00 |
| 06/03/2025 | NJM | Nicole Nigrelli | Email from sender Sponder, Jeffrey M. (USTP) Re: RE: BGI Sewell; 25-12235/JNP | 0.10 | $45.00 |
| 06/05/2025 | NJK | Nicole Nigrelli | Read motion to remove sub V designation | 0.30 | $135.00 |
| 06/10/2025 | NJK | Nicole Nigrelli | Draft limited Objection of Sub V trustee to revocation of designation | 0.30 | $135.00 |
| 06/10/2025 | NJE | Nicole Nigrelli | Review docket Re: BGI Sewell- limited objection | 0.10 | $45.00 |
| 06/11/2025 | NJE | Nicole Nigrelli | Email to Edmond M. George; Jeffrey M. Sponder; mbrown@dgglegal.com; mc@markcherrylaw.com; afg@glpcny.com; rsierzega@pufflaw.com Re: FW: Ch-11 25-12235-JNP Objection - BGI Sewell, LLC | 0.10 | $45.00 |
| 06/12/2025 | NJH | Nicole Nigrelli | Draft First and Final Application for Fees and Expenses- BGI | 0.50 | $225.00 |
|  |  |  |  | 6.80 (Hrs) | $3,060.00 |