# Exhibit "B"

# Expense Recoveries

Client: Nicole Nigrelli
Matter: 6900-045
Amounts exclude tax

| Date | Status | Description | Qty | Amount |
|------|--------|-------------|-----|--------|
| 06/11/2025 | Billable - Billable - Next Invoice | Postage | 1 | $0.63 |
| 06/12/2025 | Billable - Billable - Next Invoice | Copying | 8 | $0.80 |
| 06/12/2025 | Billable - Billable - Next Invoice | Copying | 476 | $47.60 |
| 06/12/2025 | Billable - Billable - Next Invoice | Postage | 23 | $27.67 |
| | | | 508 | $76.35 |
| | | Total: | | |