UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Nicole M. Nigrelli, Esquire
CIARDI CIARDI & ASTIN
1905 Spruce Street
Philadelphia, PA 19103
T (215) 557-3550
F (215) 557-3551
nnigrelli@ciardilaw.com
Subchapter V Trustee

In Re:

BGI Sewell, Inc.,

Debtor

Case No.: 25-12235

Chapter: 11

Adv. No.: 

Hearing Date: 7.17.25 @ 2 pm

Judge: JNP

## CERTIFICATION OF SERVICE

1. I, __Nicole M. Nigrelli, Esquire__ :

   ☒ represent __Subchapter V Trustee__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __June 16, 2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Notice of Application and Application for First and Final Allowance of Fees and Expenses of the Subchapter V Trustee for the Period From March 14, 2025 through June 12, 2025

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: June 16, 2025

/s/ Nicole M. Nigrelli
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| see attached service list | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other US first class mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

**BGI Sewell, LLC**
**2002 & US Trustee**

**BGI Sewell, LLC**
c/o Edmond George
Obermayer Rebmann Maxwell & Hippell
Centre Square West
1500 Market St, Ste 3400
Philadelphia, PA  19102

**Office of US Trustee**
Jeffrey M. Sponder
One Newark Center
Newark, NJ  07102

**Diesel Funding, LLC**
c/o Anthony F. Giuliano
Giuliano Law
445 Broadhollow Rd., Ste 25
Melville, NY  11747

**Oakleaf Funding**
c/o Michael Brown
Kyle F Eingorn
Dembo Brown & Burns LLP
1300 Route 73, Ste 205
Mount Laurel, NJ  08054

**Matthew Sanders**
c/o Ronald P. Sierzega
Puff, Sierzega & MacFeeters, LLC
122 Delaware Street
PO Box 684
Woodbury NJ  08096

**Donna Whelan**
**Mathew Andrews**
c/o Mark Cherry
385 Kings Highway North
Cherry Hill, NJ  08034

**creditors**

Allied Beverage Group, LLC
29 E State St
Trenton, NJ  08619

Collingswood Enterprises, LLC
492 Haddon Avenue
Collingswood, NJ  08108

Forest Capital
300 McGill Ave NW #200
Concord, NC  28027

Open Table, Inc
1 Montgomery St, Ste 500
San Francisco, CA  94104

Washington Center LLC
2529 Virginia Beach Blvd
Virginia Beach, VA  23454

NJ Division of Taxation
Compliance & Enforcement – Bankruptcy
3 John Fitch Way, 5th Fl
PO Box 245
Trenton, NJ  08695

Allied Beverage Group, LLC
700 Kapkowski Road
Elizabeth, NJ  07201

Driscoll Foods
6 Westbelt
Wayne, NJ  07470

Giordano Waste & Recycling
110 N. Mill Rd
Vineland, NJ  08360

Renaissance Marble
107 Harmon Dr
Blackwood, NJ  08012

Washington Square Liquor LLC
c/o Woodmont Properties
Greenbrook Executive Center
100 Passaic Ave., Ste 240
Fairfield, NJ  07004

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101

Bonesaw Brewing Co
570 Mullica Hill Rd
Glassboro, NJ  08028

Fedway Associates
204 E Park Drive
Mount Laurel, NJ  08054

Seth Broder
110 Marter Ave., Ste 103
Moorestown, NJ 08057

Republic Trash
18500 N. Allied Way
Phoenix, AZ  85054

Donna Whelan
Mathew C Andres
206 King Ave
Haddon Township, NJ  08108