Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  25−12235−JNP
                        Chapter:  11
                        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    BGI Sewell, LLC
    dba Bistro di Marino
    415 Egg Harbor Road
    Sewell, NJ 08080

Social Security No.:

Employer's Tax I.D. No.:
    92−2245435

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

      NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:       7/17/25
Time:      02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

      The following applications for compensation have been filed:

APPLICANT(S)
Nicole M. Nigrelli, trustee − for mappin, period: 3/14/2025 to 6/12/2025

COMMISSION OR FEES
Fee:$3,060.00

EXPENSES
$77.84

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured
         creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured
         creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 16, 2025
JAN:

                                                      Jeanne Naughton
                                                      Clerk