UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

*Caption in Compliance with D.N.J. LBR 9004-2(c)*

Nicole M. Nigrelli, Esquire
CIARDI CIARD & ASTIN
1905 Spruce Street
Philadelphia, PA 19103
T (215) 557-3550
F (215) 557-3551
nnigrelli@ciardilaw.com
Subchapter V Trustee

| | |
|---|---|
| *In re:* | Case No.:   25-12235(JNP) |
| BGI Sewell, Inc., | Chapter:   11 |
| Debtor. | |

## CHAPTER 11 SUBCHAPTER V TRUSTEE'S REPORT OF
## NO DISTRIBUTION-FORM B

I, Nicole M. Nigrelli, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling $3,137.84. The case was converted to a traditional Chapter 11 case without a plan confirmed and no plan payments made to the Trustee. Pursuant to 11 U.S.C. §330(a), on August 5, 2025, the Court ordered compensation of $3,060.00 and expenses of $77.84 for a total of $3,137.84 to be awarded to the trustee. I hereby certify that the estate of the above-named debtor has been fully administered through the date of conversion. I request that I be discharged from any further duties as trustee.

Dated: September 4, 2025          By: */s/Nicole M. Nigrelli*
                                              Nicole M. Nigrelli, Subchapter V Trustee